# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL DAIRE CARVER, JR.,
Appellant,
vs.
SHERRY SUSAN CARVER,
Respondent.

No. 75167

**FILED**

AUG 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting an alimony award. Eighth Judicial District Court, Family Court Division, Clark County; Lisa M. Brown, Judge.

When our initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the challenged order was not appealable as a final judgment because it did not resolve the complaint or counterclaim for divorce or divide the parties' properties and debts. *See* NRS 125.150; *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment).

To date, appellant has failed to respond to our order. Further, the district court docket entries indicate that the complaint and counterclaim for divorce remain pending in the district court. It thus appears that the district court has not yet entered a final judgment appealable under NRAP 3A(b)(1). And no other statute or court rule appears to authorize an appeal from an order awarding alimony. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) ("[W]e may

18-34057

only consider appeals authorized by statute or court rule"). Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.[1]

_____Cherry_____, J.
Cherry

_____Parraguirre_____, J.
Parraguirre

_____Stiglich_____, J.
Stiglich

cc:  Hon. Lisa M. Brown, District Judge, Family Court Division
     Robert E. Gaston, Settlement Judge
     Nevada Family Law Group
     Willick Law Group
     Transcript Video Services
     Eighth District Court Clerk

---

[1]Given this dismissal, we take no action on the notice of non-payment for transcripts filed May 21, 2018.